# Fifth District Court of Appeal
## State of Florida

_____

Case No. 5D2024-3460
LT Case No. 2022-CF-007584-A

_____

RAISHION GIST,

> Appellant,

v.

STATE OF FLORIDA,

> Appellee.

_____

On appeal from the Circuit Court for Duval County.
Jonathan D. Sacks, Judge.

Rick A. Sichta and Susanne K. Sichta, of The Sichta Firm, LLC, Jacksonville, for Appellant.

James Uthmeier, Attorney General, and Trisha Meggs Pate, Bureau Chief, Tallahassee, for Appellee.


March 24, 2026


PER CURIAM.

> AFFIRMED.

JAY, C.J., and LAMBERT and EDWARDS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____